IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **STEVEN C. HAYES, ADC # 657050** | | **PLAINTIFF** |
| v. | Master Case: 4:21-cv-00347-LPR<br>Member Case: 4:21-cv-00347-LPR | |
| **SOLOMON GRAVES, in his official capacity as Secretary of the Department of Corrections; and DEXTER PAYNE, in his official capacity as Director of the Arkansas Division of Correction** | | **DEFENDANTS** |
| **ANTHONY LAMAR, ADC # 120479** | | **PLAINTIFF** |
| v. | Master Case: 4:21-cv-00347-LPR<br>Member Case: 4:21-cv-00529-LPR | |
| **ASA HUTCHINSON,** *et al.* | | **DEFENDANTS** |
| **WINSTON HOLLOWAY, ADC # 67507** | | **PLAINTIFF** |
| v. | Master Case: 4:21-cv-00347-LPR<br>Member Case: 4:21-cv-00495-LPR | |
| **ARKANSAS GENERAL ASSEMBLY,** *et al.* | | **DEFENDANTS** |

## JUDGMENT

Pursuant to the Order filed today (Doc. 422), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiffs on the following portions of Plaintiffs' claims:

- The Takings Clause of the Fifth Amendment is violated when Defendants divert a prisoner's confiscated stimulus funds to an inmate welfare fund or the Division of Correction Inmate Care and Custody Fund Account.

- Under the circumstances now present, the procedural component of the Due Process Clause of the Fourteenth Amendment is violated when Defendants divert a prisoner's confiscated

stimulus funds to an inmate welfare fund or the Division of Correction Inmate Care and Custody Fund Account

Judgment is entered in favor of Defendants on all remaining portions of Plaintiffs' claims.

IT IS SO ADJUDGED this 16th day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE